KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (State Bar No. 90822)
E-Mail: dputterman@kasowitz.com
Christopher J. McNamara (State Bar No. 209205)
E-Mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Peter Toren (State Bar No. 122602)
E-Mail: ptoren@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for WebXchange Inc.
  and L. Arunachalam

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBXCHANGE INC. and LAKSHMI ARUNACHALAM PH.D., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, et al., DELL INC., and FEDEX CORPORATION, et al., <br><br> Defendants. | Case No. 3:09-mc-80112-CRB <br><br> D. Delaware Case Nos: 08-131 (JJF), 08-132 (JJF), and 08-133 (JJF) <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 79-5 TO SEAL DOCUMENTS** <br><br> Hon. Edward M. Chen |

As set forth in FedEx's Administrative Motion to File Certain Documents Under Seal, filed on behalf of Allstate Insurance Co., et al., Dell Inc., and FedEx Corp., et al.'s (collectively, "Defendants") and the Declaration of Stefan R. Stoyanov Pursuant to Civil Local Rule 79-5(d) in

Support of Sealing Defendants' Opposition and Exhibits F, G, and N to the Declaration of Joyce Craig, FedEx lodged with the Court a copy of the documents listed as follows:

- Defendants' Opposition To Non-Responding Parties' Motion To Quash Subpoena For Production Of Documents Directed To Sun Microsystems, Inc. [Confidential - Highlighted Version - Submitted For Filing Under Seal]

- Exhibit F To The Declaration Of Joyce Craig In Support Of Defendants' Opposition To Non-Responding Parties' Motion To Quash Subpoena For Production Of Documents Directed To Sun Microsystems, Inc. [Confidential - Submitted For Filing Under Seal]

- Exhibit G To The Declaration Of Joyce Craig In Support Of Defendants' Opposition To Non-Responding Parties' Motion To Quash Subpoena For Production Of Documents Directed To Sun Microsystems, Inc. [Confidential - Submitted For Filing Under Seal]

- Exhibit N To The Declaration Of Joyce Craig In Support Of Defendants' Opposition To Non-Responding Parties' Motion To Quash Subpoena For Production Of Documents Directed To Sun Microsystems, Inc. [Confidential - Submitted For Filing Under Seal]

Having considered Defendants' Miscellaneous Administrative Request and good cause appearing,

IT IS HEREBY ORDERED that the above documents in connection with the Motion By Lakshmi Arunachalam and WebXchange Inc. to Quash Defendants' Subpoena for Production of Documents Directed to Sun Microsystems, Inc. are to be filed under seal.

Dated: June 18, 2009

By: _____
The Honorable Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen